Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Adrian Tooley
Debtor

                                      Case No.: 06–14980–DHS
                                      Chapter 7

Lucille M. Gallo
Plaintiff

v.

Adrian Tooley
Defendant

Adv. Proc. No. 06–02523–DHS                       Judge: Donald H. Steckroth

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on April 4, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 16 – 15
Opinion (related document:[15] Order on Motion For Summary Judgment, , Order on Cross Motion, ).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 4/3/2007 (dmc, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 4, 2007
JJW: dmc

                                                                                                     James J. Waldron
                                                                                                                Clerk